

# NUMBER 13-21-00369-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THERESA GUETTLER,                                                      Appellant,

v.

CALIBER HOME LOANS, INC.,                                              Appellee.

## On appeal from the 28th District Court of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Memorandum Opinion by Chief Justice Contreras

This matter is before the Court on appellant's unopposed motion to dismiss appeal. Appellant requests the appeal be dismissed, as the parties have entered a settlement agreement resolving this dispute. Furthermore, appellant no longer wishes to continue the appeal.

The Court, having considered the unopposed motion, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's unopposed motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
18th day of August, 2022.